UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60227-CIV-SMITH

JERRI STREAVEL,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 28], in which the Magistrate Judge recommends that Plaintiff be awarded **$5,960.60** in fees to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States. No objections have been filed. Having reviewed, *de novo*, the Magistrate Judge's Report and Recommendation to District Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1)  The Report and Recommendation to District Judge [DE 28] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2)  Plaintiff's Unopposed Consent Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act [DE 27] is **GRANTED**. Plaintiff shall be awarded **$5,960.60** in fees to be paid to Plaintiff's counsel once the U.S. Department of the Treasury determines that Plaintiff owes no debt to the United States.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 22nd day of July 2022.

cc: Counsel of record

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**